No. 1.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 4.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 13.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB A. JACOBS v. NATHAN E. NEWMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD L. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD. AUGUST B. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE WAREHOUSEMEN'S ASSOCIATION OF THE PORT OF NEW YORK, INC., for a Writ of Mandamus to Be Directed to MICHAEL COSGROVE, as Commissioner of Docks of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

GEORGE F. ARMAND, as Administrator, etc., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERENICE L. BAUMANN v. CHARLES LUDWIG BAUMANN and Others.— Motion for reargument granted and, upon reargument, order entered December 20, 1929, vacated, and plaintiff's motion to dismiss appeal denied. Motion in other respects denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE REAL ESTATE HOLDING CORPORATION and Another v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Impleaded with JEAN JOSEPH ADAM and Others, and FRED A. TOOTE and Another, as Trustees, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCRECIA SANCHEZ, as Administratrix (Impleaded with GABRIEL VALENCIA, as Administrator) of the Estate of EDUARDO SANCHEZ, Deceased, v. GUARDIAN TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. COOGAN v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY. — Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LUDWIG STEFFENS v. EASTERN STEAMSHIP LINES, INC.— Motion withdrawn, stay vacated, and order to show cause and appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARVINE HOLDING CORPORATION v. ANTONIO FILIPPI, Impleaded, etc.— Motion

denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DOROTHY KNAPP v. ANN WAINWRIGHT PENFIELD (Also Known as Mrs. FREDERICK COURTLANDT PENFIELD), Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS FEUERSTEIN v. SAMUEL KULKIN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

627 EAST 233RD CORPORATION v. HERMAN A. ACKER CORPORATION and Another. — Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MINNIE GANZI, Also Known as DOMENICA DI GANGI v. JOSEPH GANZI, Also Known as JOSEPH DI GANGI.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NELLIE BABBISH, as Administratrix, etc., of ANTHONY BABBISH, Deceased, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Acquiring Title to ELEVATED RAILROAD STRUCTURES, TRACKS, STATIONS, etc., by Whomsoever Owned, in East 42nd Street, etc., Constituting the Existing 42nd Street Spur, etc., Borough of Manhattan, New York City.— Preference granted for March 11, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE DUDAR v. MILEF REALTY CORPORATION and Others. (JAY S. JONES and Another.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL LUX v. LOUIS A. GREENBERG and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALBERT B. GROSS v. MANO SWARTZ.— Motion granted so far as to extend defendant's time to answer until determination of the appeal only, which must be argued or submitted on February 7, 1930. The matter of further extension to be disposed of by the court in deciding said appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of MAX B. WALDER, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

## SECOND DEPARTMENT, JANUARY, 1930.

CHARLES KOCH, Respondent, v. AUGUST ROTH, Appellant.— Appeal dismissed, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

COBIN & COOKS, INC., Respondent, v. JEROME LYON, Appellant, and ROBERT P. GEDDES, Defendant.— On argument, order granting motion for a preference affirmed, without costs. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

ANNIE GOLD, as Administratrix, etc., of ABRAHAM GOLD, Deceased, Appellant, v. WESTERN NEW YORK MOTOR LINES, INC., Respondent.— On argument, order